389 P.3d 943

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Dawn Marie ANZALONE,
Defendant-Appellant.**

**NO. CAAP-15-0000935**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 24, 2017.

APPEAL FROM THE FAMILY COURT
OF THE SECOND CIRCUIT (FC-CR NO.
15-1-0287(4))

## SUMMARY DISPOSITION ORDER

Affirm.

389 P.3d 943

**HIWALANI P S HOLDINGS, LLC
and Robert N. Fabrique,
Plaintiffs-Appellees,**

v.

**WELLS FARGO BANK, N.A., as Trustee
FOR OPTION ONE MORTGAGE LOAN
TRUST 2007-6 ASSET BACKED CER-
TIFICATES, SERIES 2007-6, Defendant-
Appellant**

**NO. CAAP-13-0001760**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 27, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 09-
1-1847)

## MEMORANDUM OPINION

Vacate. Remand.

389 P.3d 943

**Steven Kalani PALAMA, Successor Trus-
tee of the Philip K. Palama, Jr. Revoca-
ble Living Trust Dated July 19, 1994, et
al., Plaintiffs-Appellees/Cross-Appel-
lants,**

v.

**Gilbert MEDEIROS, Sr., et al.,
Defendant-Appellant/Cross-
Appellees**

**NO. CAAP-12-0000932**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 28, 2017

APPEAL FROM THE CIRCUIT COURT
OF THE FIFTH CIRCUIT (CIVIL NO. 99-
0050)

## MEMORANDUM OPINION

Vacate. Remand.